IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE ESCUTIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TONIA VASQUEZ,<br><br>　　　　　Defendants. | Case No.  1:11-CV-603-BLW<br><br>JUDGMENT |

　　　　When the pro se plaintiff filed his complaint, he failed to submit any filing fee or affidavit of indigency.  On December 7, 2011, the Court entered an Order of Conditional Filing advising plaintiff that the case would be dismissed without further notice if he failed to submit an in forma pauperis request and the supporting documentation.  *See Order of Conditional Filing (Dkt. No. 2).*

　　　　More than five months have passed and the plaintiff has failed to comply with the Court's Order.  Accordingly, the Court shall order that this action be dismissed.  *See* 28 U.S.C. § 1915(a)(1)(requiring an affidavit of indigency to support a finding of in forma pauperis status).

　　　　NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this action be DISMISSED.

　　　　IT IS FURTHER ORDERED, that the Clerk close this case.

**Judgment - 1**



DATED:  **June 11, 2012**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 2**